E-FILED
Thursday, 11 October, 2007 04:00:25 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 11 2007
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 07-40086 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 625 ILCS 5/6-303(A) |
| DANIEL R. NEEDHAM ) | |
| ) | |
| Defendant, ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

On or about September 17, 2007, in the Central District of Illinois, the defendant,

**DANIEL R. NEEDHAM**

did operate a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while having a revoked Iowa license, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303(A) and in violation of Title 18, United States Code, Section 13.

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:     /S/ Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, IL 61299-5000
Telephone: 309/782-8443

1